**Order entered November 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01107-CV

**SASSIN & ASSOCIATES LAW FIRM, P.C., FAHEEM BADY SASSIN, E.E. "TREY" TAYLOR, III AND E.E. "TREY" TAYLOR & ASSOCIATES, PLLC, Appellants**

**V.**

**ARACELDA HERNANDEZ, INDIVIDUALLY AS NEXT FRIEND OF A.G. AND M.G., MINORS, AND ANTONIO GONZALEZ, INDIVIDUALLY AND AS NEXT FRIEND OF J.G. AND A.G., Appellees**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-01724-2015**

## ORDER

We **GRANT** appellants E.E. "Trey" Taylor III and E.E. "Trey" Taylor & Associates, PLLC's November 8, 2015 amended motion for extension of time to file brief and **ORDER** the brief they tendered to the Clerk of the Court November 6, 2015 filed as of the date of this order.

/s/      CRAIG STODDART
JUSTICE